# United States Bankruptcy Court
**Eastern District of Virginia**
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 21−31973−KLP
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thomas S. Vance
fdba Dominion Structures LLC
12297 Bienvenue Road
Rockville, VA 23146

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−9465

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

   The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

Date: **December 13, 2021**

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim

**Any creditor who already has filed a proof of claim need not file another proof of claim.**

Address of the Bankruptcy Court                    For the Court,

701 East Broad Street                              William C. Redden, Clerk
Richmond, VA 23219                                 United States Bankruptcy Court

                                                   Dated:   September 10, 2021

[B2040.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:  Case No. 21-31973-KLP
Thomas S. Vance  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7     User: bullockn     Page 1 of 3
Date Rcvd: Sep 10, 2021     Form ID: 2040     Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas S. Vance, 12297 Bienvenue Road, Rockville, VA 23146-1620 |
| 15681163 | + | A+E, 517 King Street, Charleston, SC 29403-6460 |
| 15681164 | + | AAdvantage, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 15681165 | + | Aalpha, P.O. Box 115, Disputanta, VA 23842-0115 |
| 15681168 | + | Arco Iris, 6445 Midlothian Turnpike, Richmond, VA 23225-5607 |
| 15681169 | + | Atlantic Union Bank, 1580 Laskin Road, Virginia Beach, VA 23451-6112 |
| 15681170 | + | Berkle, 1146-B Tricounty Dr., Oilville, VA 23129-2222 |
| 15681171 | + | Black River, P.O. Box 342573, Austin, TX 78734-0043 |
| 15681172 | + | Builders Mutual Insurance Co., 5580 Centerview Dr, Raleigh, NC 27606-4599 |
| 15681177 | + | Coastal Resource, 7355 Cross Country Road, North Charleston, SC 29418-8422 |
| 15681179 | + | Dansco, P.O. Box 3400, Apollo Beach, FL 33572-1007 |
| 15681180 | + | Dee Shoring, 7104 Hermitage Road, Henrico, VA 23228-4509 |
| 15681182 | + | Doka, 105A Boulderbrook Circle, Lawrenceville, GA 30045-6747 |
| 15681183 | + | Forming & Shoring, 2295 Towne Lake Pkwy, Suite 116 #271, Woodstock, GA 30189-5562 |
| 15681184 | + | Hanover County, P.O. 200, Hanover, VA 23069-0200 |
| 15681186 | + | Henry Briggs & Associates, 2912 W. Moore Street, Richmond, VA 23230-4530 |
| 15681187 | + | Hensley Forklift, 6612 Jefferson Davis Hwy, Richmond, VA 23237-1221 |
| 15681188 | + | JE Dunn, 24 Drayton Street, Suite 400, Savannah, GA 31401-2733 |
| 15681190 | + | Pawnee, 3801 Automation Way, Suite 207, Fort Collins, CO 80525-5735 |
| 15681192 | + | Pete Bailey, 28894 Jasper Lane, Easton, MD 21601-8317 |
| 15681193 | + | R-Key Investments, LLC, 4823 Van Epps Road, Independence, OH 44131-1015 |
| 15681196 | + | ShoreTech, 2133 Lawrenceville-Suwanee, Suwanee, GA 30024-2648 |
| 15681197 | + | Stosch, 7113 Three Chopt Road, Ste 204, RIchmond, VA 23226-3644 |
| 15681200 | + | Universal Forest Products, 5631 S. NC Hwy 62, Burlington, NC 27215-9025 |
| 15681203 | + | Wendy B. Vance, 12297 Bienvenue Road, Rockville, VA 23146-1620 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: william.broscious@txitrustee.com | Sep 10 2021 23:45:00 | William Anthony Broscious, 341 Dial 877-491-2336 Code: 1768631, P.O. Box 71180, Henrico, VA 23255 |
| cr | + | EDI: AISACG.COM | Sep 11 2021 03:43:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15681166 | + | EDI: GMACFS.COM | Sep 11 2021 03:43:00 | Ally, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 15683634 | + | EDI: AISACG.COM | Sep 11 2021 03:43:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15681167 | + | EDI: AMEREXPR.COM | Sep 11 2021 03:43:00 | American Express, PO Box 981535, El Paso, TX 79998-1535 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15681174 | | Email/Text: Bankruptcies@chrobinson.com | Sep 10 2021 23:45:00 | CH Robinson, P.O. Box 9121, Minneapolis, MN 55480-0000 |
| 15681173 | + | EDI: CAPITALONE.COM | Sep 11 2021 03:43:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15681176 | + | EDI: CITICORP.COM | Sep 11 2021 03:43:00 | Citi Mastercard, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15681178 | + | EDI: LCIBAYLN | Sep 11 2021 03:43:00 | Community Loan Serving, P.O. Box 740410, Cincinnati, OH 45274-0410 |
| 15681181 | | EDI: DISCOVER.COM | Sep 11 2021 03:43:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 15681185 | + | Email/Text: joy.banks@hajoca.com | Sep 10 2021 23:45:00 | HD Supply, 501 W. Church Street, Orlando, FL 32805-2270 |
| 15681175 | | EDI: JPMORGANCHASE | Sep 11 2021 03:43:00 | Chase, PO Box 15298, Wilmington, DE 19850-0000 |
| 15681189 | + | Email/Text: getpaid@mobilemini.com | Sep 10 2021 23:45:00 | Mobile Mini, P.O. Box 650882, Dallas, TX 75265-0882 |
| 15681191 | + | Email/Text: FACS_Support@paychex.com | Sep 10 2021 23:45:00 | Paychex, 911 Panorama Trail S, Rochester, NY 14625-2396 |
| 15681194 | + | Email/Text: legal@ramtool.com | Sep 10 2021 23:45:00 | RAM Tool, P.O. Box 743487, Atlanta, GA 30374-3487 |
| 15681195 | + | Email/Text: bankruptcy@sctax.org | Sep 10 2021 23:45:00 | SC Dept of Revenue, P.O. Box 2535, Columbia, SC 29202-2535 |
| 15681198 | + | EDI: STF1.COM | Sep 11 2021 03:43:00 | SunTrust Bank, P.O. Box 79041, Baltimore, MD 21279-0041 |
| 15681199 | + | Email/Text: ustpregion04.rh.ecf@usdoj.gov | Sep 10 2021 23:45:00 | U.S. Trustee's Office, 701 E. Broad Street, Suite 4000, Richmond, VA 23219-1849 |
| 15681201 | + | EDI: WFFC.COM | Sep 11 2021 03:43:00 | Wells Fargo, P.O. Box 10347, Des Moines, IA 50306-0347 |
| 15681202 | + | EDI: WFFC.COM | Sep 11 2021 03:43:00 | Wells Fargo Bank, N.A., P.O. Box 14529, Des Moines, IA 50306-3529 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *P++ | WILLIAM ANTHONY BROSCIOUS, P O BOX 71180, HENRICO VA 23255-1180, address filed with court:, William Anthony Broscious, 341 Dial 877-491-2336 Code: 1768631, P.O. Box 71180, Henrico, VA 23255 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0422-7 | User: bullockn | Page 3 of 3
Date Rcvd: Sep 10, 2021 | Form ID: 2040 | Total Noticed: 45

Date: Sep 12, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |
| Robert A. Canfield | on behalf of Debtor Thomas S. Vance bcanfield@canfieldbaer.com jcooper@canfieldbaer.com;galen@cwkllp.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com |
| William Anthony Broscious | on behalf of Trustee William Anthony Broscious wbroscious@wabtrustee.com wbroscious@iq7technology.com;ecf.alert+Broscious@titlexi.com |
| William Anthony Broscious | wbroscious@wabtrustee.com  wbroscious@iq7technology.com;ecf.alert+Broscious@titlexi.com |

TOTAL: 4